UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**            CHAPTER 13
                                             CASE NO: 25-46904

JOHN KENNETH MCLEROTH, Debtor      JUDGE MARIA L. OXHOLM

## **STIPULATION FOR ADJOURNING HEARING**

This matter having come on for hearing on **October 06, 2025**, regarding (ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[ ] A Motion to Dismiss
[X] Confirmation of Plan
[ ] A Motion to lift stay as to Creditor
[ ] Plan Modification
[ ] Other: _____

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

      IT IS STIPULATED AND AGREED that:
      (ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to 1/26/2026 at 10:00 AM in Room 1875
[ ] Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
[ ] Other: _____

      **IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

      **IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

      **IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

| Approved per Local Rules (E.D.M.) | Approved as to Form and Content: |
|---|---|
| /S/ Tammy L. Terry | /S/ Peter Behrmann |
| TAMMY L. TERRY (P46254) | Attorney for Debtor |
| Chapter 13 Standing Trustee | PETER A. BEHRMANN (P-71582) |
| 535 Griswold Street, Suite 2100 | PHOENIX LAW |
| Detroit, MI 48226 | 39209 SIX MILE RD., SUITE 165 |
| (313) 967-9857 | LIVONIA, MI 48152 |
| mieb_ecfadmin@det13.net | (734) 779-9999 |
| | peterb@phoenixfreshstart.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**                  CHAPTER 13
                                              CASE NO: 25-46904
**JOHN KENNETH MCLEROTH, Debtor**      JUDGE MARIA L. OXHOLM

## ORDER FOR ADJOURNING HEARING

This matter having come on for hearing on **October 06, 2025**, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[ ] A Motion to Dismiss
[X] Confirmation of Plan
[ ] A Motion to lift stay as to Creditor
[ ] Plan Modification
[ ] Other: _____

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

       IT IS ORDERED AND AGREED that:
       (ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to 1/26/2026 at 10:00 AM in Room 1875
[ ] Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
[ ] Other: _____

       **IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

       **IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

       **IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

**EXHIBIT 1**